IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLUE WILKINS,** | : | CIVIL ACTION NO. 1:15-CV-2239 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **FRAN CHARDO**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 12th day of February, 2016, upon consideration of the report (Doc. 7) of Chief Magistrate Judge Martin C. Carlson, recommending that the court grant the motion (Doc. 2) to dismiss filed by defendant Fran Chardo ("Chardo") and dismiss the complaint (Doc. 1-2) of *pro se* plaintiff Glue Wilkins ("Wilkins"), wherein Judge Carlson opines that Wilkins' civil rights claims are both legally and factually deficient, (Doc. 7 at 8-25), and the court noting that Wilkins has objected (Doc. 13) to the report, see FED. R. CIV. P. 72(b)(2), and filed a collection of indiscriminate documents in support of his pleading, (see Docs. 10-12, 14-18), and, following a *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing 28 U.S.C. § 636(b)(1)(C); Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989)), and applying a clear error standard of review to the uncontested portions, see Cruz v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court finding Judge Carlson's legal analysis to be thorough, well-reasoned, and fully supported by the record, and finding Wilkins'

objection (Doc. 13) to be without merit, and the court concluding that Wilkins' claims are so deeply flawed as to be incurable, and that leave to amend would be futile, see Grayson v. Mayview State Hosp., 293 F.3d 103, 108 (3d Cir. 2002), it is hereby ORDERED that:

1. The report (Doc. 7) of Chief Magistrate Judge Carlson is ADOPTED.

2. Chardo's motion (Doc. 2) to dismiss is GRANTED.

3. Wilkins' miscellaneous motions (Docs. 16-18) for "judicial notice" of his various claims are DENIED.

4. Wilkins' complaint (Doc. 1-2) is DISMISSED with prejudice.

5. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania