IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLUE WILKINS,** : | CIVIL ACTION NO. 1:15-CV-2239 |
| : | |
| **Plaintiff** : | (Chief Judge Conner) |
| : | |
| v. : | |
| : | |
| **FRAN CHARDO**, : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 19th day of February, 2016, upon consideration of the collection of indiscriminate motions (Docs. 20-25) filed by *pro se* plaintiff Glue Wilkins ("Wilkins"), wherein Wilkins requests that the court take "judicial notice" of various and sundry facts in support of his civil rights complaint in the above-captioned matter, and further upon consideration of the court's order (Doc. 19) dated February 12, 2016, wherein the court adopted the report (Doc. 7) of Chief Magistrate Judge Martin C. Carlson, granted the motion (Doc. 2) to dismiss of defendant Fran Chardo, and dismissed Wilkins' complaint with prejudice, and the court finding that Wilkins' most recent filings are frivolous and do not disturb the court's prior conclusion that Wilkins' civil rights claims are legally and factually deficient, and thus incurable, it is hereby ORDERED that Wilkins' motions (Docs. 20-25) are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania